UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAISUKE YOSHIDA, | Case No.  1:26-cv-00971-JLT-FJS |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| v. | |
| EASYSHIP, INC, | (ECF No. 6) |
| Defendant. | |

On April 28, 2026, Plaintiff filed a notice voluntarily dismissing this action without prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  (ECF No. 6.)

"[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997)).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything

about it." *Commercial Space Mgmt. Co., Inc.*, 193 F.3d at 1078.  In this action, Defendant has not filed an answer or other responsive pleading. (ECF No. 6.)

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated:    **April 29, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2